## (October 8, 1962)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT JAY BROWN, Appellant.— Motion granted. Robert E. Lynch, Esq., 505 State St., Schenectady, N. Y., is assigned as counsel for the defendant-appellant. Present — Bergan. P. J., Coon, Gibson, Herlihy and Taylor, JJ.

## (October 11, 1962)

In decisions Nos. 1–6: Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.

■ STATE BANK OF ALBANY, Plaintiff, v. KURZON F. CARY, Defendant.— Motion to dismiss appeal granted by default, without costs.

■ CAPITAL REFRIGERATION Co., INC., Respondent, v. MASSACHUSETTS BONDING AND INSURANCE COMPANY et al., Appellants.— Appeal dismissed, without costs, unless appellants shall file and serve record, brief and note of issue for the January 1963 Term on or before December 1, 1962, in which event motion denied.

■ In the Matter of the Claim of ROSE SPERLING, Appellant, v. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Permission to prosecute appeal as poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN J. YAZUM, Also Known as LARRY JAMISON, Appellant.— Permission to prosecute appeal as poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Francis Warren Travers, Esq., 11 First St., Troy, N. Y., is hereby assigned as counsel.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL KANE, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Motion for assignment of counsel denied.

■ DANTE TESTA, Appellant, v. ROY HUNT et al., Respondents.— Decision of October 4, 1962, dismissing appeal by default is hereby rescinded.

## (October 15, 1962)

■ In the Matter of DAVID W. CORWIN, Petitioner, v. PAUL MERCIER, Respondent.— The motion to confirm the report of the Official Referee is granted and the petition dismissed on the merits, without costs. No opinion. Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.

## (October 17, 1962)

■ ELIZABETH W. MORRIS, Appellant, v. ERNEST B. MORRIS et al., Respondents.— The appeal in this case, and all motions in connection therewith now pending before this court are transferred to the Appellate Division, Second Judicial Department. Present — Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ.